# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**JIMMY D. DRINKARD**                                                                         **PLAINTIFF**

**V.**                                                                  **CAUSE NO.: 2:08CV9-SA-SAA**

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**         **DEFENDANT**

## ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion for Summary Judgment [20] is GRANTED;

(2) the Plaintiff's claims are dismissed; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the __26th__ day of January, 2009.

                                                                                          __/s/ Sharion Aycock__
                                                                                          **U.S. DISTRICT JUDGE**